ANTHONY S. KARUZA, D.P.M., *Appellant*, v. MICHAEL
A. THORPE, M.D., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for What-
com County, No. 93-2-02207-3, Steven J. Mura, J., entered
April 14, 1995. *Reversed* by unpublished opinion per
Coleman, J., concurred in by Agid and Ellington, JJ.

[No. 37020-1-I.    Division One.    January 13, 1997.]

HAWAIIAN TRUST CO., LTD., *as Trustee, Respondent*, v.
NORTHWEST SHOPPERS OUTLET, INC., ET AL.,
*Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 93-2-19853-1, James Dore, Sr., J. Pro Tem.,
entered June 27, 1995. *Affirmed in part* and *reversed in
part* by unpublished opinion per Ellington, J., concurred
in by Webster and Becker, JJ.

[No. 37387-1-I.    Division One.    January 13, 1997.]

WASHINGTON STATE COUNCIL OF FIRE FIGHTERS, ET
AL., *Appellants*, v. THE CITY OF SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 94-2-08557-3, Robert S. Lasnik, J., entered
February 13, 1995. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Coleman and Cox, JJ.

[No. 37584-9-I.    Division One.    January 13, 1997.]

ED POWERS, *Respondent*, v.
STANLEY P. CORNELIUS, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 94-2-01648-9, Michael F. Moynihan, J.,
entered January 3, 1995. *Reversed* by unpublished per
curiam opinion.